THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK SWEETING, Relator, v. JOHN F. MCNEILL, as Superintendent of Mattcawan State Hospital, Respondent.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.